IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL W. SMITH,

    Petitioner,

vs.                               Civil No. 17-cv-739-DRH-CJP

SHAI FOSTER,

    Respondent.

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

Petitioner Michael W. Smith was an inmate in the BOP at the time he filed his petition for habeas relief pursuant to 28 U.S.C. §2241. Respondent informs the Court that petitioner was released from BOP custody in May 2018. (Doc. 15).

Petitioner has not notified the Court of release from the BOP or of his new address. Mail sent to his address of record has been returned. (Doc. 17).

In the order on preliminary review, the Court notified petitioner of his obligation to keep the Court informed of his whereabouts:

> Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and the opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven days after a transfer or other change in address occurs.

Doc. 3, p. 4.

In addition, a recent Notice of Impending Dismissal, Doc. 16, warned petitioner that failure to update his address may result in dismissal of this action. The Notice ordered petitioner to notify the Court of his current address by June 28, 2018, or face dismissal of this action.

1

Clearly, petitioner has not kept the Court informed of his whereabouts and has failed to follow the Court's order.

This Court gave petitioner the "warning shot" required by *Ball v. City of Chicago*, 2 F.3d 752, 755 (7th Cir. 1993) in Docs. 5 & 33. Petitioner has failed to diligently pursue this case. Pursuant to *Johnson v. Chicago Board of Education*, 718 F. 3d 731 (7th Cir. 2013), the Court has considered whether a sanction short of dismissal of this case might be fruitful, and finds that it would not.

## Conclusion

This cause of action is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment in favor of respondent.

**IT IS SO ORDERED.**

Judge Herndon
2018.07.11 06:08:52
-05'00'

**United States District Judge**